IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GANDHI BEN MORKA,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-12-CV-167-PRM |
| | § | |
| BARACK H. OBAMA, President of the<br>United States, and JANET<br>NAPOLITANO, Secretary of the<br>Department of Homeland Security, et al.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING PLAINTIFF'S APPLICATION AND ORDER TO SHOW CAUSE

On this day, the Court considered Plaintiff's "Emergency Motion for Conditional Release and Application to Proceed in Forma Pauperis" (ECF No. 1), filed on May 7, 2012, and his "Brief in Support of Emergency Motion for Conditional Release and Application to Proceed in Forma Pauperis" (ECF No. 2), filed on May 9, 2012 in the above-captioned cause. In his Motion, Plaintiff states that he "only has $20.00 in his account for sustenance" and asserts that he cannot afford the filing fee for his Motion. Mot. 6. After due consideration, the Court is of the opinion that Plaintiff's Application to Proceed in Forma Pauperis should be granted and that Defendants should show cause as to why Plaintiff's Motion should not be granted.

Accordingly, **IT IS ORDERED** that Plaintiff's application to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants **SHOW CAUSE** as to why Plaintiff's Motion for conditional release should not be granted **by no later than June 20, 2012.**

**IT IS FURTHER ORDERED** that Plaintiff reply to Defendants' response to the Court's Order to Show Cause **by no later than June 27, 2012.**

**IT IS FINALLY ORDERED** that the District Clerk shall immediately **SERVE** a copy of Plaintiff's Motion on Defendants.

**SIGNED** this 14 day of May, 2012.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE